UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-80409-CIV-MARRA

SUITE 225, INC. and DOUG PETERS,

    Plaintiffs,
vs.

LANTANA INSURANCE, LTD.,

    Defendant.

_____/

## ORDER

This cause is before the Court upon Plaintiff's Stipulation to Substitute Counsel (DE 45), Defendant's Response (DE 46), and Haah Law Group, PL's Unopposed Motion to Withdraw as counsel for Plaintiff (DE 47).

Both motions to withdraw lack certificates of conference with the opposing party, and Defendant voiced its concerns in the Response (DE 46). Thus, it is hereby **ORDERED AND ADJUDGED** that all counsel shall confer on the issue of Plaintiff's attorneys' withdrawal, and file a notice by February 5, 2014 advising the Court whether they were able to resolve the concerns. If any issues remain thereafter, the law firm of Ver Ploeg & Lumpkin, P.A. will reply to Defendant's response (DE 46) by February 12, 2014; Defendant shall respond to Haahr Law Group PL's motion to withdraw by February 12, 2014; and Haahr Law Group PL shall reply by February 19, 2014.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of January, 2014.

_____
KENNETH A. MARRA
United States District Judge